UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

4

UNITED STATES OF AMERICA,           )
                                    )
                 Plaintiff,         )
                                    )
                                    )    CASE NO. 07-166 M
        vs.                         )
Charles Webster,                    )
                                    )
                                    )
                 Defendant.         )

## O R D E R

The financial inability of the defendant to retain counsel
having been established by the Court, and the defendant not
having waived the appointment of counsel,

It is on this 24th day of August , 2007,
ORDERED that **Edson A. Bostic, Esq.,** from the Office of the
Federal Public Defender for the District of Delaware is hereby
appointed to represent said defendant in the cause until further
order of the Court.



Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney

F I L E D

AUG 2 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE