IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07 – 115-UNA |
| CHARLES A. WEBSTER, JR., | : |
| Defendant. | : |

FILED
AUG 28 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

REDACTED

### INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### COUNT I

On or about August 23, 2007, in the State and District of Delaware, the defendant, CHARLES A. WEBSTER, JR., did knowingly possess in and affecting commerce a firearm, to wit a Taurus, .38 caliber revolver, serial number UL54758, after having been convicted on or about December 12, 1991, of Attempted Murder in the First Degree, on or about March 2, 1992, of Escape After Conviction, and on or about August 20, 1998, of Assault in the First Degree, all three convictions being for crimes punishable by imprisonment for a term exceeding one year, and all three convictions being in the Superior Court in and for New Castle County, State of Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

### COUNT II

On or about August 23, 2007, in the State and District of Delaware, the defendant, CHARLES A. WEBSTER, JR., did knowingly possess in and affecting commerce a firearm, to wit a Ruger, model Vaquero, serial number 5840073, after having been convicted on or about December 12, 1991, of Attempted Murder in the First Degree, on or about March 2, 1992, of

Escape After Conviction, and on or about August 20, 1998, of Assault in the First Degree, all three convictions being for crimes punishable by imprisonment for a term exceeding one year, and all three convictions being in the Superior Court in and for New Castle County, State of Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

## NOTICE OF FORFEITURE

Upon conviction of one or more of the offenses alleged in Count(s) I or II of this Indictment, defendant Charles A. Webster, Jr. shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

a Taurus, .38 caliber revolver, serial number UL54758;

a Ruger, model Vaquero, serial number 5840073

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third party;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: *[signature]*
Douglas E. McCann
Assistant United States Attorney

Date: August 28, 2007

3