IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Misc. No. 07-166M (CR07-115) |
| Criminal Complaint | : |

## MOTION AND ORDER TO UNSEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney, and hereby moves this Honorable Court to unseal the criminal complaint and attached affidavit, arrest warrant, and the related file in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Douglas E. McCann
Assistant United States Attorney

Dated: August 29, 2007

**AND NOW** this 29th day of August, 2007, based upon the foregoing Motion, **IT IS ORDERED** that the criminal complaint and attached affidavit, arrest warrant, and the related file in the above-captioned case be **UNSEALED**.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge
District of Delaware

FILED

AUG 29 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE