UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| Plaintiff,   ) | |
|   ) | CASE NO. CR07-115-UNA |
| vs.   ) | |
| CHARLES WEBSTER   ) | |
| Defendant.   ) | |

O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on AUGUST 29, 2007 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until September 28 2007 The time between the date of this order and September 28, 2007 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



FILED

AUG 29 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE