IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-115-SLR |
| CHARLES A. WEBSTER, JR., | : | |
| Defendant. | : | |

**MOTION TO EXTEND TIME TO FILE PRE-TRIAL MOTIONS**

Defendant, Charles A. Webster, Jr., by and through his undersigned counsel, Luis A. Ortiz, hereby moves the Court pursuant to Federal Rule of Criminal Procedure 45(b) and Local Rule 5(a), for an Order enlarging the time within which pre-trial motions may be filed. In support of this motion, the Defendant submits as follows:

1.   Pre-trial motions for this case are due by September 28, 2007.

2.   Defense counsel has requested discovery and it is anticipated that partial discovery will be received shortly. Defense counsel needs additional time to review and discuss the discovery with his client, to determine what, if any, pretrial motions need to be filed. There is also some investigation that the defense is conducting which is not yet complete, but which is needed prior to the filing of any motions.

3.   AUSA Douglas McCann, the attorney handling this case for the government, does not oppose the defense's request for an enlargement of time in which to file any pre-trial motions, making this motion unopposed.

4.   Defense counsel, therefore, respectfully requests an additional 30 days in which to

file pre-trial motions, to allow sufficient time to complete any investigation in this case, review the discovery, and to discuss the case in general with Mr. Webster.

5.   The defense agrees to waive, pursuant to the Speedy Trial Act, any additional time given in which to file pre-trial motions.

WHEREFORE, it is respectfully requested that the time for Defendant to file pre-trial motions be extended to anytime after October 29, 2007.

Respectfully Submitted,

/s/
Luis A Ortiz, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware  19801
(302) 573-6010
ecf_de@msn.com
Attorney for Defendant Charles A. Webster, Jr.

Dated: September 26, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-115-SLR |
| CHARLES A. WEBSTER, JR., | : | |
| Defendant. | : | |

## **ORDER**

Having considered Defendant Webster's Motion to Extend Time to File Pre-trial Motions,

**IT IS HEREBY ORDERED** this _____ day of _____, 2007, that Defendant Webster's pre-trial motions shall be due on the _____ day of _____, 2007.

_____
Honorable Sue L. Robinson
United States District Court