IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-115-SLR |
| CHARLES A. WEBSTER, JR., | : | |
| Defendant. | : | |

## ORDER

Having considered Defendant Webster's Motion to Extend Time to File Pre-trial Motions,

**IT IS HEREBY ORDERED** this __28th__ day of __September__, 2007, that Defendant Webster's pre-trial motions shall be due on the __29th__ day of __October__, 2007.

_____
Honorable Sue L. Robinson
United States District Court