AO 442(Rev. 12/85) Warrant for Arrest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

CHARLES WEBSTER

WARRANT FOR ARREST

CASE NUMBER: CR 07-115-SLR    07-76cm



SEALED  UNSEALED 8/29/07

To: The United States Marshal
and any Authorized United States Officer

   **YOU ARE HEREBY COMMANDED** to arrest Fernando Mercado, when and as stated in the Criminal Complaint and affidavit which are incorporated herein by reference and bring him to the nearest magistrate to answer a(n)

__ Indictment __ Information __X__ Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

**charging him with** (brief description of offense)

knowingly possession of a firearm after having convicted in any court by a crime punishable by imprisonment for more than one year

in violation of Title __18__ United States Code, Section (s) __922(g)__.

**Honorable Mary Pat Thynge**
Name of Issuing Officer

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

Signature of Issuing Officer

__August 24, 2007__     Wilmington, Delaware
Date and Location

Bail fixed at $ _____    by _____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 844 King St, Wilm DE |

| DATE RECEIVED 8-24-07 | NAME AND TITLE OF ARRESTING OFFICER William David Daw | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 8-24-07 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS:   SA Michael Armstrong, US Secret Service
_____