IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-115 SLR |
| CHARLES A. WEBSTER, | : | |
| Defendant. | : | |

**UNOPPOSED MOTION TO CONTINUE SCHEDULING CONFERENCE**

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, hereby moves the Court to continue the scheduling conference in the above-captioned case for the reasons set forth below.

1.  The Court has set a scheduling conference for December 17, 2007.

2.  The parties believe this case might resolve pre-trial, and seek an additional thirty days to continue their discussions.

3.  The defendant, through counsel, has represented to the government that he does not oppose this motion and does not object to the exclusion of time under the Speedy Trial Act between December 17, 2007 and the new date for the scheduling conference.

WHEREFORE, the United States respectfully asks the Court to continue the December 17, 2007, scheduling conference for about thirty days, and to exclude the intervening time under the Speedy Trial Act in the interests of justice.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney


By: /s/ Douglas E. McCann
    Douglas E. McCann
    Assistant United States Attorney
    1007 Orange Street, Suite 700
    P.O. Box 2046
    Wilmington, Delaware 19899-2046


DATED:   December 14, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-115 SLR |
| | : | |
| CHARLES A. WEBSTER, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

IT IS HEREBY ORDERED this ___ day of _____, 2007, that

1. The government's Unopposed Motion to Continue Scheduling Conference is GRANTED;

2. A telephonic scheduling conference in this matter will be held on the _____ day of _____ at _____.m.;

3. The Court finds that the possibility that a short continuance might allow this case to resolve without the need for a trial outweighs the public and defendant's interest in a speedy trial, and excludes the time between December 17, 2007, and the date specified in paragraph 2 above under the Speedy Trial Act in the interest of justice.

_____
HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE