IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-115 SLR |
| CHARLES A. WEBSTER, | : | |
| Defendant. | : | |

**ORDER**

IT IS HEREBY ORDERED this 17th day of December, 2007, that

1. The government's Unopposed Motion to Continue Scheduling Conference is GRANTED;

2. A telephonic scheduling conference in this matter will be held on the 15th day of January, 2008 at 9:15 a.m.;

3. The Court finds that the possibility that a short continuance might allow this case to resolve without the need for a trial outweighs the public and defendant's interest in a speedy trial, and excludes the time between December 17, 2007, and the date specified in paragraph 2 above under the Speedy Trial Act in the interest of justice.

_____
HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE