IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-115 SLR |
| | : | |
| CHARLES A. WEBSTER, | : | |
| | : | |
| Defendant. | : | |

**UNOPPOSED MOTION TO CONTINUE SCHEDULING CONFERENCE**

The United States, by and through Colm F. Connolly, United States Attorney for the

District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District

of Delaware, hereby moves the Court to continue the scheduling conference in the above-

captioned case for the reasons set forth below.

1.      The Court has set a scheduling conference for January 15, 2008.

2.      The parties believe this case might resolve pre-trial, and seek an additional sixty days to

continue their discussions.

3.      The defendant, through counsel, has represented to the government that he does not

oppose this motion and does not object to the exclusion of time under the Speedy Trial Act

between January 15, 2008 and the new date for the scheduling conference.

WHEREFORE, the United States respectfully asks the Court to continue the January 15, 2008, scheduling conference for about sixty days, and to exclude the intervening time under the Speedy Trial Act in the interests of justice.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Douglas E. McCann
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

DATED:      January 14, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,     :

     Plaintiff,     :

v.     :     Criminal Action No. 07-115 SLR

CHARLES A. WEBSTER,     :

     Defendant.     :

**ORDER**

IT IS HEREBY ORDERED this ___ day of _____, 2008, that

1.     The government's Unopposed Motion to Continue Scheduling Conference is GRANTED;

2.     A telephonic scheduling conference in this matter will be held on the 17th day of March, 2008, at 10:00 a.m.;

3.     The Court finds that the possibility that a short continuance might allow this case to resolve without the need for a trial outweighs the public and defendant's interest in a speedy trial, and excludes the time between January 15, 2008, and March 17, 2008 under the Speedy Trial Act in the interest of justice.

HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE