IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-115 SLR |
| CHARLES A. WEBSTER, | : | |
| Defendant. | : | |

**ORDER**

IT IS HEREBY ORDERED this 14th day of January, 2008, that

1. The government's Unopposed Motion to Continue Scheduling Conference is GRANTED;

2. A telephonic scheduling conference in this matter will be held on the 17th day of March, 2008, at 11:00 a.m.;

3. The Court finds that the possibility that a short continuance might allow this case to resolve without the need for a trial outweighs the public and defendant's interest in a speedy trial, and excludes the time between January 15, 2008, and March 17, 2008 under the Speedy Trial Act in the interest of justice.

HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE