IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 07-115-SLR |
| ) | |
| CHARLES A. WEBSTER, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

At Wilmington this 12th day of March, 2008,

IT IS ORDERED that the telephonic status conference scheduled for **March 17, 2008** is **cancelled** and **rescheduled** to commence on **Tuesday, April 1, 2008 at 10:00 a.m.**, with the court initiating said call.

IT IS FURTHER ORDERED that, pursuant to defendant's request, the time between this order and April 1, 2008 shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

United States District Judge