IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 07-115-SLR |
| | ) |
| CHARLES A. WEBSTER, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 1st day of April, 2008,

IT IS ORDERED that a telephonic status conference is scheduled for **Monday, May 19, 2008** at **9:30 a.m.**, with the court initiating said call.

IT IS FURTHER ORDERED that, pursuant to defendant's request, the time between this order and May 19, 2008 shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

United States District Judge