IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 07-115-SLR |
| | ) | |
| CHARLES WEBSTER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington this 19th day of May, 2008, having conferred with counsel;

IT IS ORDERED that an evidentiary hearing is scheduled for **Tuesday, July 1, 2008** at **9:00 a.m.** in courtroom No. 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

United States District Judge