AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF __DELAWARE__

U.S.A.

V.

Charles A. Webster, Jr.

**EXHIBIT AND WITNESS LIST**

Case Number: 07-cr-115-SLR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sue L. Robinson | Shawn Weede, Esq. | Robert D. Goldberg, Esq. |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 07/01/2008 | Renee Meyers (Corbett and Wilcox) | L. Davis |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/1/2008 | YES | YES | Janet Lingefeld (Rap Sheet of Charles Webster dated 08/24/2007) |
| 2 | | 7/1/2008 | YES | YES | Janet Lingefeld (Copy of Sentencing Order by Judge Silverman dated 01/29/1999) |
| 3 | | 7/1/2008 | YES | YES | Janet Lingefeld (Level III Standard Curfew explaining basis of curfew signed by Charles Webster) |
| 4 | | 7/1/2008 | YES | YES | Janet Lingefeld (Conditions of supervision from Charles Webster's file, signed by defendant) |
| 5 | | 7/1/2008 | YES | YES | Janet Lingefeld (Arrest Search Checklist completed by Parole officer Langelffield) |
| | 1 | 7/1/2008 | YES | YES | Janet Lingefeld (Copy of rule 7.1.9, rules that the probation officer is directed to follow) |
| | 2 | 7/1/2008 | YES | YES | Janet Lingefeld (Angela Lascko's contact notes from the defendants probation file ) |
| | 3 | 7/1/2008 | YES | YES | Janet Lingefeld ( Report dated 06/24/2008 ) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages