## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-115-SLR |
| CHARLES A. WEBSTER, JR., | : | |
| Defendant. | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL
### AND ENTRY OF APPEARANCE

Notice is hereby given to the substitution of Edward J. McAndrew in place of Shawn Weede, as the attorney for the United States of America in the above-captioned case.

                Respectfully submitted,

                COLM F. CONNOLLY
                United States Attorney


       By:   /s/ Edward J. McAndrew
               Edward J. McAndrew
               Assistant United States Attorney
               United States Attorney's Office
               1007 Orange Street
               Suite 700
               Wilmington, Delaware 19899-2046
               (302) 573-6227
               Ed.mcandrew@usdoj.gov

Dated: July 28, 2008