# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-115-SLR |
| CHARLES A. WEBSTER, JR., | : | |
| Defendant. | : | |

## CONSENT MOTION FOR BRIEFING SCHEDULE

The United States of America, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Edward J. McAndrew, Assistant United States Attorney for the District of Delaware, hereby respectfully moves the Court for the entry of a briefing schedule relating to Defendant's Motion to Suppress Physical Evidence and Statements. In support of this Motion, the Government states as follows:

1.  On August 28, 2007, the grand jury returned a two-count indictment charging Defendant with possession of a firearm subsequent to a felony conviction, in violation of Title 18, United States Code, Section 922(g)(1).

2.  On October 29, 2007, Defendant filed a Motion to Suppress Physical Evidence and Statements.

3.  On July 1, 2008, the Court conducted a hearing on Defendant's suppression motion, at the conclusion of which the Court instructed the parties to confer and to submit a proposed briefing schedule on the motion.

4.  On July 28, 2008, the undersigned filed a Notice of Substitution of Counsel and Entry of Appearance in this action. The undersigned also contacted defense counsel to discuss a proposed briefing schedule.

     5.     As a result of counsel's discussion, the parties propose the following briefing schedule:

| | |
|---|---|
| August 11, 2008 | Government's Opening Brief Due |
| August 25, 2008 | Defendant's Brief Due |
| September 1, 2008 | Government's Reply Brief Due |

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Edward J. McAndrew
Edward J. McAndrew
Assistant United States Attorney
United States Attorney's Office
1007 Orange Street
Suite 700
Wilmington, Delaware 19899-2046
(302) 573-6227
Ed.mcandrew@usdoj.gov

Dated: July 28, 2008

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-115-SLR |
| CHARLES A. WEBSTER, JR., | : | |
| Defendant. | : | |

**ORDER**

WHEREAS, on July 28, 2008, the United States of America moved this Court to set a briefing schedule on Defendant's Motion to Suppress Physical Evidence and Statements;

WHEREAS, counsel for Defendant consents to the requested relief; it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

The Consent Motion for Briefing Schedule is GRANTED; and it is hereby

FURTHER ORDERED that the parties shall submit briefs on Defendant's Motion to Suppress Physical Evidence and Statements as follows:

| | |
|---|---|
| August 11, 2008 | Government's Opening Brief Due |
| August 25, 2008 | Defendant's Brief Due |
| September 1, 2008 | Government's Reply Brief Due |

Dated: July ___, 2008

_____
Honorable Sue L. Robinson
United States District Judge