IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-115-SLR |
| CHARLES A. WEBSTER, JR., | : | |
| Defendant. | : | |

**CONSENT MOTION FOR BRIEFING SCHEDULE**

The defendant, Charles A. Webster, Jr., by and through his attorneys, hereby respectfully moves the court for the entry of an amended briefing schedule on Defendant's motion to suppress physical evidence and statements and in support thereof, Defendant states as follows:

1. On July 28, 2008, after conference and agreement between counsel for the parties, a proposed briefing schedule on the Defendant's motion to suppress was agreed to by all parties and filed with the Court.

2. On July 28, 2008, an agreed upon briefing schedule was filed by the Government.

3. Pursuant to the briefing schedule, the Government filed its opening brief on August 11, 2008.

4. Defendant's answering brief is due on August 25, 2008, and due to scheduling difficulties as well as holidays, Defendant has requested and counsel for the Government, has agreed, subject to the approval of the Court, to an extension for an additional ten days.

5.   As a result of counsels' discussion, the parties propose the following amended briefing schedule:

    September 4, 2008 Defendant's brief due

    September 11, 2008 Government's reply brief due

**BIGGS AND BATTAGLIA**

/S/ Robert D. Goldberg
Robert D. Goldberg (ID#631)
921 Orange Street
P.O. Box 1489
Wilmington DE 19899-1489
(302) 655-9677
Attorney for Defendant Charles A. Webster, Jr.

Dated: August 21, 2008

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-115-SLR |
| CHARLES A. WEBSTER, JR., | : | |
| Defendant. | : | |

## ORDER

WHEREAS, on July 28, 2008 the United States of America moved this Court to set a briefing schedule on Defendant's Motion to Suppress Physical Evidence and Statements;

WHEREAS, the Government's opening brief was filed on August 11, 2008;

WHEREAS, the Defendant has requested that this briefing schedule be amended so that he will have additional time to prepare his brief

WHEREAS, counsel for the Government consents to the requested amended briefing schedule; it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

The Consent Motion for Briefing Schedule is GRANTED; and it is hereby

FURTHER ORDERED that the parties shall submit briefs on Defendant's Motion to Suppress Physical Evidence and Statements as follows:

| | |
|---|---|
| August 11, 2008 | Government's Opening Brief Filed |
| September 4, 2008 | Defendant's Brief Due |
| September 11, 2008 | Government's Reply Brief Due |

Dated: August ___, 2008

_____
Honorable Sue L. Robinson
United States District Judge